Form 2 - AFFIDAVIT OF SERVICE


P25079941

**SOBEL LAW OFFICES, PC**   Svetlana Sobel, Esq.
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA PASSARELLA | Index No. **1:25-cv-03507-FB-RML** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **18TH** day of **SEPTEMBER 2025, 2:16PM** at
**100 CHURCH STREET**
**NEW YORK NY 10007**
I served the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **KATHERINE RODI, the DEFENDANT,** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **Adam Goebler, DOCKETING CLERK,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **MALE**   PERCEIVED RACE: **WHITE** HAIR: **BROWN**

APP.AGE: **40-45** APP. HT: **5ft9in**   APP. WT: **160**

OTHER IDENTIFYING FEATURES
**Glasses**

On **09/19/2025** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: SERVER GPS DATA: COMPLETION - 9/18/2025 - 2:16 PM - 40.713552777778, -74.009911111111**

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
19TH day of SEPTEMBER, 2025

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2029

DONDRE DENNIS 2120222-DCWP
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-SLOPC-25079941