# Sobel Law Offices P.C.

November 17, 2025

The Honorable Frederic Block
US District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

<u>**Re: Passarella v. Department of Education, Et al.**</u>
<u>**25 – cv – 3507**</u>

Dear Judge Block:

This firm represents the plaintiff in the above-referenced matter. This letter is being submitted to request a brief extension of the time to oppose defendants' letter motion, dated November 10, 2025, requesting a pre-motion conference prior to filing a motion to dismiss.

The letter motion was filed and received on November 10, 2025. I am a solo practitioner actually engaged in a continuing trial and therefore, due to preparation, meeting with the client and actually participating in the trial, am grossly limited in my time.

Pursuant to the part rules, the original time to respond to the letter motion would be November 17, 2025. There have been no prior requests for such extension on this matter and I have obtained the consent of counsel for Defendants herein. Hence, my request to adjourn the date for response to the letter motion to November 24, 2025.

I thank this Court for its attention to this request and remain,

Very truly yours,

/s/ *Sv Sobel* SS4424

Svetlana Sobel, Esq.

Cc: Shivani R. Damera, via ecf.

**175 Eileen Way, Syosset, New York 11791**
**516-496-1903    facsimile: 631-532-4828    email: ssobel@sobellawpc.com**