

December 1, 2025

The Honorable Frederic Block
US District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

**<u>Re: Passarella v. Department of Education, Et al.</u>**
**<u>25 – cv – 3507</u>**

Dear Judge Block:

This firm represents the Plaintiff in the above-referenced matter. This letter shall serve as notice that Plaintiff intends to amend her complaint, as of right, pursuant to FRCP 15(a)(1)(B) and, accordingly, respectfully requests this Court to either (i) deny defendants' letter request for a pre-motion conference, dated November 10, 2025 (the "Letter"), or (ii) postpone and hold in abeyance the request set forth in the Letter until after the filing of the amended complaint.

Since defendants have not yet filed an answer herein and have not made a motion under FRCP 12(b), (e), or (f), FRCP 15 (a)(1)(B), in pertinent part, allows Plaintiff to "amend its pleading once as a matter of course". Thus, the Court has full right to deny or hold in abeyance the request set forth in the Letter pending the filing of the amended complaint.

I thank this Court for its attention to this request and remain,

Very truly yours,

/s/ *Sv Sobel* SS4424

Svetlana Sobel, Esq.

Cc: Shivani R. Damera, via ecf.