

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**STEVEN BANKS**
*Corporation Counsel*

**SHIVANI DAMERA**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-2444
sdamera@law.nyc.gov

April 8, 2026

**VIA ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Passarella v. The Department of Education of the City of New York et. al.
No. 1:25-cv-03507(FB)(RML)

Dear Judge Block,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced matter.

I write on behalf of the parties to provide your Honor with a joint proposed briefing schedule for Defendants' anticipated motion to dismiss, pursuant to the Court's April 1, 2026 Order. See ECF Minute Entry + Order dated April 1, 2026.

The parties have consented to, and respectfully request, the following briefing schedule:

1. Defendants' motion to dismiss due on June 5, 2026;

2. Plaintiff's opposition to Defendants' motion due on August 17, 2026;

3. Defendants' reply to Plaintiff's opposition due on September 17, 2026.

The parties thank the Court for its consideration and attention to this matter.

Respectfully submitted,

/s/ *Shivani Damera*
Shivani Damera
Assistant Corporation Counsel


cc: Svetlana Sobel, Esq. (via ECF)
Attorney for Plaintiff
Sobel Law Offices, PC
445 Broad Hollow Road, Suite 25
Melville, NY 11747